UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TYRONE JACKSON, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No. 2:19-cv-00737-JAD-EJY<br><br>**ORDER** |

Before the Court is Defendant's Motion for Protective Order Precluding Inappropriate Areas of FRCP 30(b)(6) Deposition and for Stay of Deposition on Disputed Topics (ECF No. 16) and Plaintiff's Motion to Extend Discovery Deadlines (EFC No. 18). On December 9, 2019, the parties filed a Notice of Settlement (ECF No. 20).

Accordingly,

IT IS HEREBY ORDERED that the hearing set for December 23, 2019 is VACATED.

IT IS FURTHER ORDERED that Defendant's Motion for Protective Order Precluding Inappropriate Areas of FRCP 30(b)(6) Deposition and for Stay of Deposition on Disputed Topics (ECF No. 16) is DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff's Motion to Extend Discovery Deadlines (ECF No. 18) is DENIED without prejudice.

DATED: December 12, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1