ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE JACKSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; DOES 1 through 100; and ROE COROPORATION 101 through 200, inclusive, | Case No.: 2:19-cv-00737-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 23 |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

party's own costs and attorney's fees.

DATED this 4th day of Feb 2020.
~~December, 2019~~.

**BERNSTEIN & POISSON**

_____

SCOTT L. POISSON, ESQ.
Nevada Bar No. 13242
BRIAN M. BOYER, ESQ.
Nevada Bar No. 12185
801 S. Fourth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*
*Tyrone Jackson*

DATED this 25 day of February 2020
~~December, 2019~~.

**PHILLIPS, SPALLAS & ANGSTADT**

_____ 14131 fr

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 23]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 27, 2020

- 2 -